961 F.2d 207
 69 A.F.T.R.2d 92-1112
 Abrahams (Arthur, Barbara)
v.
Commissioner of Internal Revenue; Becker (Arthur B., Gloria
O.) v. Commissioner of Internal Revenue; Hurst (Edgar, Sara
Jane) v. Commissioner of Internal Revenue; Elgart (Ellis L.,
Sivia V.) v. Commissioner of Internal Revenue; Rhode (Daniel
I., Sally) v. Commissioner of Internal Revenue
 NOS. 91-1804, 91-1808
 United States Court of Appeals,
Third Circuit.
 Mar 17, 1992
 
 1
 Appeal From: U.S.T.C.
 
 
 2
 AFFIRMED.